No. 460, Misc. DAVIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 466, Misc. DAUGHERTY *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Gilbert J. Pena,* Assistant Attorneys General, for respondent.

No. 481, Misc. CORNISH *v.* KENNEY, U. S. ATTORNEY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 548, Misc. HALL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 552, Misc. SCOTT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Ira M. Lowe* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 554, Misc. ROGERSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 575, Misc. HEISLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.